IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.  07 C 228 |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM OPINION AND ORDER

Each party nominated three candidates. Wausau objected to all three of Onebeacon's candidates. Two of plaintiff's candidates are associated with companies having business dealings, and, according to defendant, acrimonious business dealings with Wausau. The third, Paul Dossenko, does not have a great deal of experience as an umpire, according to Wausau, with 15 appointments, of which five reached a final award. We are uncertain where that information came from – the Exhibit D submitted by plaintiff does not so indicate. Rather, it represents that he has served in over 120 arbitrations.

Onebeacon objects to one of Wausau's candidates because he is a retired insurance company officer. He is a very experienced umpire, but if he is not presently an executive officer of an insurance company we cannot name him. We think the objections to the two candidates with business dealings with Wausau are well taken. That leaves Dossenko and two Wausau candidates, David Brodnan and Jim Leatzow. Brodnan has virtually no experience as an umpire, but, like Dossenko, he has a wealth of experience with arbitrations, having acted

as in-house supervising counsel in over 100 arbitrations. By contrast, Leatzow has, apparently, no experience as an umpire and little as an arbitrator.

The choice, then, is between Dossenko and Brodnan. Since we have representations about Dossenko's experience for which we found no support, and since we are down to two, we think additional comments by the parties, to be filed by April 26, 2007, to be appropriate.

JAMES B. MORAN
Senior Judge, U. S. District Court

_April 20_ , 2007.