IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07 C 228 |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

We select Paul Dossenko as the umpire. Both Dossenko and David Brodnan have solid and distinguished careers in the insurance industry. Both have extensive experience in arbitrations. Brodnan's experience as an umpire is, however, very limited, while Dossenko has been involved in 30 arbitrations as an umpire and 15 of those were completed. That suggests that Dossenko has not only had extensive experience as an umpire but also is regarded as someone who will be the neutral that the parties want and require.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 1, 2007.